

**SO ORDERED.**
SIGNED this 11th day of September, 2014

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CARLOS ALBERTO CAMACHO | ) | |
| | ) | Case No. 1:13-bk-14354 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CONSENT ORDER SHORTENING NOTICE, CONTINUING PLAN HEARING AND DEADLINES AS TO BANK OF AMERICA, N.A. AND APPROVING THE JOINT MOTION TO APPROVE COMPROMISE AND SETTLEMENT**

This matter having come before the Court on the Joint Motion to Approve Compromise and Settlement (the "Settlement Motion") filed by Bank of America, N.A. ("Bank"), a creditor in the above-styled bankruptcy case, and Carlos Albert Camacho ("Debtor") (collectively, Bank and Debtor are referred to herein as the "Parties"); the Settlement Motion being properly noticed and served; the Settlement Motion having been read and considered, and for good cause shown, it is

1. ORDERED that the Settlement Motion is GRANTED and the Settlement Agreement is approved; it is

2. FURTHER ORDERED that the parties shall perform their respective obligations as provided in Settlement Agreement; it is

3. FURTHER ORDERED that, to the extent the automatic stay of 11 U.S.C. § 362 applies to the Settlement Payment, such stay is lifted to allow such Settlement Payment to be made to Bank and applied by Bank to the Debt; it is

4. FURTHER ORDERED that counsel for Debtor transfer the Settlement Payment held in his escrow account to counsel for Bank within twenty-four (24) hours of this Order becoming a final order; it is

5. FURTHER ORDERED that if the Bank does not receive the Settlement Payment within one (1) business day from entry of this Order, that the Debtor's Bankruptcy case will be dismissed with prejudice and Debtor shall be barred from filing another bankruptcy case under Title 11 of the United States Code anywhere in the United States for a period of 1825 days from the date of entry of the Order dismissing the case upon the Bank filing a Notice of Default with the Bankruptcy Court; it is

6. FURTHER ORDERED that the notice required under Fed.R.Bankr.P. 2002(a)(3) is reduced to the deadline for objections as set forth below; it is

7. FURTHER ORDERED that the deadlines for Bank to (a) to file motions to dismiss under 11 U.S.C. §§ 521 or 707, to the extent that such motions must be filed by a certain deadline; (b) to file any objections under 11 U.S.C. § 727; (c) to file any dischargeability actions under 11 U.S.C. § 523, and (d) to file written acceptances or rejections of the Debtor's Chapter 11 Plan is extended to through and including Friday, September 12, 2014; it is

8. FURTHER ORDERED that this Order is subject to the right of any party in interest to object to the approval of the Settlement Motion at or before September 11, 2014 at 10:00 a.m. and that, if any objections are filed to this Order, the Court shall hold a hearing on September 11, 2014 at 10:00 a.m. on any objection(s) timely filed or, if no such objections have been so filed, this Order shall become a final order fourteen (14) days after its entry; it is

9. FURTHER ORDERED that the stay of orders authorizing the lifting of the automatic stay as provided for in Fed.R.Bank.P. 4001(a)(3) shall not apply to this Order and this Order is immediately effective and enforceable once it becomes a final order; it is

10. FURTHER ORDERED that unless objections are timely filed, this is a Final Non-Appealable Order. Bank, Debtor, and all creditors and parties in interests are deemed to have waived their rights to appeal this Order as well as the time period for filing such an appeal under Fed.R.Bankr.P. 8002(a), if no objections are timely filed.

[End of Document]

[Signatures on Following Page]

| | |
|---|---|
| **Prepared and Consented to by:** | **Consented to by:** |
| **ROGERS LAW OFFICES** | **RICHARD L. BANKS** |
| */s/ Beth E. Rogers* | */s/ Richard L. Banks* |
| Beth E. Rogers, Georgia Bar No. 612092 | Richard L. Banks, Tennessee Bar No. 000617 |
| Jeffrey C. Hoffmeyer, Georgia Bar No. 132231 | P.O. Box 1515 |
| The Equitable Building | Cleveland, TN 37364 |
| 100 Peachtree Street, Suite 1950 | (423-479-4188 |
| Atlanta, Georgia 30303 | rbanks@rbankslawfirm.com |
| 770.685.6320; 678.990.9959 (fax) | *Attorney for Debtor* |
| brogers@berlawoffice.com | |
| *Attorneys for Bank of America, N.A.* | |

**Consented to by:**
**SAMUEL K. CROCKER**
**UNITED STATES TRUSTEE**
/s/ Nicholas B. Foster
Nicholas B. Foster
Trial Attorney, TN BPR 027230
U.S. Department of Justice
Office of the U.S. Trustee
31 East 11th Street, 4th Floor
Chattanooga, TN 37402
(423) 752-5566
Nick.Foster@usdoj.gov
*Attorney for Samuel K. Crocker, United States Trustee*


DISTRIBUTION LIST

Carlos A. Camacho
2812 Spicewood Lane
Ooltewah, TN 37363

US Trustee
Office of the United States Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

[Creditors Matrix Attached hereto]

5

```
Label Matrix for local noticing         BANK OF AMERICA, N.A.                    1
0649-1                                  c/o Beth E. Rogers                       United States Bankruptcy Court
Case 1:13-bk-14354                      Rogers Law Offices                       31 East 11th Street
Eastern District of Tennessee           100 Peachtree Street                     Chattanooga, TN 37402-4205
Chattanooga                             Suite 1950
Tue Sep  2 17:59:06 EDT 2014            Atlanta, GA 30303-1919

(p)AMERICAN HONDA FINANCE               Bank of America                          Bank of America
P O BOX 168088                          DO NOT USE                               FL9-600-02-26
IRVING TX 75016-8088                    P.O. Box 15026                           P.O. Box 45224
                                        Wilmington, DE 19850-5026                Jacksonville, FL 32232-5224


Bank of America                         Bank of America, N.A.                    Caroline Meaney
c/o Beth Rogers                         NC4-105-02-99                            C/O Jim Meaney
100 Peachtree Street                    PO Box 26012                             198 Westwood Rd
Suite 1950                              Greensboro, NC 27420-6012                Ringgold, GA 30736-5002
Atlanta GA 30303-1919


Citibank                                Citicards                                Distefano Regional Eye Center
P.O. Box 6241                           P.O. Box 6004                            1815 Gunbarrel Road
Sioux Falls, SD 57117-6241              Sioux Falls, SD 57117-6004               Chattanooga, TN 37421-3130



EMERGENCY COVERAGE CORP                 Emergency Coverage Corp.                 Equifax
PO Box 12907                            c/o Alcoa Billing Center                 PO Box 740256
Norfolk VA 23541-0907                   3429 Regal Drive                         Atlanta, GA 30374-0256
                                        Alcoa, TN 37701-3265



Experian                                First Tennessee Bank                     First Tennessee Bank
P.O. Box 2002                           P.O. Box 1469                            P.O. Box 1469
Allen, TX 75013-2002                    Knoxville, TN 37901-1469                 Knoxville, TN 37995-1469



First Tennessee Bank National Association   Green Tree                           (p)GREENTREE SERVICING LLC
c/o Gordon D. Foster                    P.O. Box 6172                            BANKRUPTCY DEPARTMENT
P.O. Box 2428                           Rapid City, SD 57709-6172                P O BOX 6154
Knoxville, TN 37901-2428                                                         RAPID CITY SD 57709-6154



Green Tree Servicing, LLC               HMC C/O NGRCA                            Hamilton Medical Center
PO BOX 0049                             P O BOX 1949                             P.O. Box 1168
Palatine, IL 60055-0049                 DALTON,GA 30722-1949                     Dalton, GA 30722-1168
Telephone number: 888-298-7785



IRS                                     Internal Revenue Service                 Perrotta & Cahn, Attorneys at Law
c/o U.S. Attorney                       Centralized Insolvency Operation         5 South Public Square
1110 Market Street, Ste. 515            P.O. Box 7346                            Cartersville, GA 30120-3364
Chattanooga, TN 37402-2253              Philadelphia, PA 19101-7346



Richard Jahn                            Rogers Law Office for Bank of America    SunTrust Bank
1200 Mountain Creek Road, Suite 160     The Equitable Building                   Attn: Support Services
Chattanooga, TN 374051659               100 Peachtree Street, Suite 1950         P.O. Box 85092
                                        Atlanta, GA 30303-1919                   Richmond, VA 23286-0001
```

| | | |
|---|---|---|
| Teresa Camacho<br>102 North Nueces Lane<br>Harlingen, TX 78552 | Transunion Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2002 | United States Trustee<br>Historic U.S. Courthouse<br>31 E. Eleventh Street<br>Fourth Floor<br>Chattanooga, TN 37402-4205 |
| Wells Fargo<br>P.O. Box 4233<br>Portland, OR 97208-4233 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 | Whitfield Co. Superior Court Clerk<br>205 N Selvidge Street<br>Dalton, GA 30720-4298 |
| Xerox Location Services dba ACS Education Se<br>P.O. Box 7051<br>Utica, NY 135047051 | Carlos Alberto Camacho<br>2812 Spicewood Lane<br>Ooltewah, TN 37363-8950 | Jim Meaney<br>319 Selvidge Street<br>Dalton, GA 30720-3108 |
| Richard L Banks<br>Richard Banks & Associates, P.C.<br>393 Broad Street NW<br>P. O. Box 1515<br>Cleveland, TN 37364-1515 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Acura Financial Services<br>P.O. Box 1027<br>Suite 230<br>Alpharetta, GA 30009-1027 | (d)Acura Financial Services<br>P.O. Box 168088<br>Irving, TX 75016-8088 | (d)American Honda Finance Corp.<br>Attn:  Bankruptcy Dept.<br>8601 McAlpine Park Dr, #230<br>Charlotte, NC 28211 |
| Green Tree Servicing, LLC<br>P.O. Box 6154<br>Rapid City, SD 57709-6154<br>Telephone number: 888-298-7785 | (d)Honda Financial Services<br>P.O. Box 168088<br>Irving, TX 75016-8088 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Wells Fargo Bank, N.A., as successor by me | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     1<br>Total                  40 |